UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICHARD D. SMITH (#318403)

VERSUS

RICHARD STALDER, ET AL

CIVIL ACTION

NUMBER 07-0549-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the defendants' motion to dismiss[1] shall be GRANTED, dismissing the plaintiff's claims against the defendants, with prejudice, and this action shall be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, November 20, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 13.

Doc#45633